816

No. 121. PUBLIC UTILITIES COMMISSION OF CALIFORNIA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. *Mary Moran Pajalich* for petitioner. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Henry Geller* and *John H. Conlin* for the United States et al.

No. 131. SAGANSKY ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Walter J. Hurley* and *Francis J. DiMento* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 132. CREE ET AL. *v.* GOLDSTEIN, COMPTROLLER OF THE TREASURY OF MARYLAND, ET AL.; and
No. 133. MURRAY, TRUSTEE, ET AL. *v.* GOLDSTEIN, COMPTROLLER OF THE TREASURY OF MARYLAND, ET AL. Ct. App. Md. Certiorari denied. *Leonard J. Kerpelman* for petitioners in No. 132. *Martin J. Scheiman* for petitioners in No. 133. *Thomas B. Finan,* Attorney General of Maryland, and *Robert C. Murphy,* Deputy Attorney General, for respondents Goldstein et al.; *Clayton A. Dietrich* for respondents Mainen et al.; *William L. Marbury* and *Mathias J. DeVito* for respondent Convention of the Protestant Episcopal Church of the Diocese of Maryland; *Morris Rosenberg* for respondent Most Reverend Lawrence J. Shehan; *Marvin Braiterman* for respondent Temple Emanuel of Baltimore; and *George F. Flentje, Jr.,* for respondent Maryland Synod of the Lutheran Church. Reported below: 241 Md. 383, 216 A. 2d 897.

No. 138. SMITH ET AL. *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Emmett Colvin, Jr.,* for petitioners.